JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LIVED IN IMAGES, INC., | Case No.: SACV 15-00405-CJC(RNBx) |
| Plaintiff, | JUDGMENT |
| v. | |
| STONE SERVICES, INC., and DOES 1–5, | |
| Defendants. | |

-1-

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Lived In Images, Inc., and against Defendant Stone Services, Inc., in accordance with the terms of the Court's Order granting Plaintiff's motion for default judgment. The Court AWARDS Plaintiff $1,500 in statutory damages, $74,121 in attorneys' fees, and $698.85 in costs.

DATED: May 3, 2017

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE